# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| AeroVironment, Inc. | ) ASBCA Nos. 59693, 59694 |
| | ) |
| Under Contract No. W58RGZ-05-C-0338 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:

> James J. Gallagher, Esq.
> Mary E. Buxton, Esq.
>   Pillsbury Winthrop Shaw Pittman LLP
>   Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT:

> E. Michael Chiaparas, Esq.
>   DCMA Chief Trial Attorney
> Srikanti Schaffner, Esq.
>   Trial Attorney
>   Defense Contract Management Agency
>   Carson, CA

## ORDER OF DISMISSAL

These appeals have been settled. Accordingly, they are hereby dismissed with prejudice.

Dated: 21 January 2016

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59693, 59694, Appeals of AeroVironment, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals